JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OPUS MUSICAL INSTRUMENTS, CORPORATION, YUNMING CHEN, President and Chief Executive Officer, OPUS MUSICAL INSTRUMENTS, CORPORATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>KATHY BARAN, Director of California Service Center; KENNETH CUCCINELLI, Acting Deputy Secretary, U.S. Citizenship and Immigration Services; and UNITED STATES OF AMERICA,<br><br>   Defendants. | No. SACV 20-00836-JVS (JDEx)<br><br>**ORDER DISMISSING CASE**<br><br>Honorable James V. Selna<br>United States District Judge |

Based upon the Stipulation for Dismissal submitted by Plaintiffs, OPUS MUSICAL INSTRUMENTS CORPORATION and YUNMING CHEN, and Defendants, KATHY BARAN, Director of California Service Center; KENNETH CUCCINELLI, Acting Deputy Secretary, U.S. Citizenship and Immigration Services; and UNITED STATES OF AMERICA, IT IS HEREBY ORDERED that this case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated: August 18, 2020

_____
HONORABLE JAMES V. SELNA
United States District Judge